IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GARY WASHINGTON, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. RDB-03-2232 |
| | : | |
| WOODGRAIN MILLWORK, INC., | : | |
| Defendant. | : | |

_____

ORDER

This Court specifically having warned the Plaintiff of the possible dismissal of his case for the continued failure to produce requested Discovery documents, and the Plaintiff having repeatedly refused to comply with Discovery in this case and with related Orders from this Court, and for the reasons stated in the foregoing Memorandum Opinion:

IT IS HEREBY ORDERED this 18th day of March by the United States District Court, for the District of Maryland, that the Defendant's Motion to Dismiss for Failure to Comply with Court Order (Paper 23) be GRANTED and the Plaintiff's Complaint is DISMISSED without prejudice. The Clerk of the Court shall forward a copy of this Order and Memorandum Opinion to both parties.

/s/
Richard D. Bennett
United States District Judge